

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00025-CV

**IN THE INTEREST OF M.N.R.**, a Child

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-00300
Honorable Susan D. Reed, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's order of termination is AFFIRMED. Costs of appeal are not assessed due to appellant's indigence.

SIGNED June 22, 2022.

Liza A. Rodriguez, Justice